# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| E.C.H. o/b/o W.D.H. (XXX-XX-2660) | CIVIL ACTION NO. 19-1675 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| ANDREW SAUL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 19), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of January, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT